# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**  ☐ Under Seal

**Judge Assigned:** PTG

City: 

Superseding Indictment: 

**Criminal No.** 1:36-CR-92

County: 

Same Defendant: 

New Defendant: 

Magistrate Judge Case No. 

**Arraignment Date:** 

Search Warrant Case No. 

R. 20/R. 40 From: 

## Defendant Information:

**Defendant Name:** Stephen A. Witt     Alias(es):     ☐ Juvenile  FBI No. XXXXXXXX

**Address:** XXXXX XXXX XXXXX XXXXX, Nokesville, VA 20181

Employment: 

**Birth Date:** XX/XX/XXXX  **SSN:** XXX-XX-XXXX  **Sex:** Male  Race: Caucasion  Nationality: USA

**Place of Birth:** USA  Height: 6'  Weight: 200  Hair: Brown  Eyes: Brown  Scars/Tattoos: 

☐ Interpreter  **Language/Dialect:**   Auto Description: 

## Location/Status:

**Arrest Date:**   ☐ Already in Federal Custody as of:   in: 

☐ Already in State Custody     ☐ On Pretrial Release     ☐ Not in Custody

☐ Arrest Warrant Requested     ☐ Fugitive     ☐ Summons Requested

☐ Arrest Warrant Pending     ☐ Detention Sought     ☐ Bond 

## Defense Counsel Information:

**Name:** Nina Ginsburg     ☐ Court Appointed     Counsel Conflicts: Drew Hutcheson

Address: 3955 Chain Bridge Road, 2d Floor     ☒ Retained     Chong Park

Phone: 703-352-0100     ☐ Public Defender     ☒ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Gavin R. Tisdale     **Phone:** 703 838 2625     Bar No. 241325 (DC)

## Complainant Agency - Address & Phone No. or Person & Title:

U.S. Secret Service & IRS (No complainant b/c pre-charge plea)

| **U.S.C. Citations:** | **Code/Section** | **Offense Charged** | **Count(s)** | **Capital/Felony/Misd./Petty** |
|---|---|---|---|---|
| Set 1: | 26 USC 7206(1) | fraud and false statements | 1 | Felony |
| Set 2: | | | | |

**Date:** 05/11/2026     **AUSA Signature:** Gavin R. Tisdale     *may be continued on reverse*